**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                              RE:    Israel Avila Becerra
                                        Docket Number:   1:05CR00108-02
                                        **PERMISSION TO TRAVEL**
                                        <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The probationer is requesting permission to travel to Tijuana, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On August 1, 2005, Israel Avila Becerra was sentenced for the offense of Misprision of a Felony.

**Sentence imposed:**  2 years probation; $500 fine; 100 hours community service; $100 SA

**Dates of Travel:**  October 16, 2006

**Purpose:**  Transport ill father to Tijuana, Mexico, to rejoin family members.

                                                Respectfully Submitted,

                                                /s/ Ben J. Blankenship

                                                **Ben J. Blankenship**
                                           **United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   X                                    Disapproved _____

10-16-06                                        /s/ Oliver W. Wanger
**Date**                                                  **Oliver W. Wanger**
                                                    **Senior United States District Judge**