UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff         )      1:05-CR-00108 OWW
                                )
      v.                        )
                                )
ISRAEL AVILA BECERRA,           )
                                )
              Defendant         )      ORDER EXTENDING SURRENDER DATE
_____)
```

The date by which the defendant is to surrender to the Community Re-entry Center is extended to September 3, 2007.

Dated: August 31, 2007              /s/ OLIVER W. WANGER
                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1